IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | | |
|---|---|---|
| BRYAN ANGLE, II, | ) | |
| | ) | |
| Plaintiff | ) | 1:21-cv-00252-RAL |
| | ) | |
| vs. | ) | RICHARD A. LANZILLO |
| | ) | UNITED STATES MAGISTRATE JUDGE |
| DR. MONTAG, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

ORDER SETTING HEARING

An evidentiary hearing is hereby set on Plaintiff's motion for preliminary injunction at ECF No. 29 for Tuesday, April 19, 2022, at 10:45 a.m. Defendant Dr. Montag's response to the motion is due by April 6, 2022. Plaintiff should be prepared to present evidence, which may include his own testimony, the testimony of others, and/or documents, to support his position that a lack of dental care is causing or will cause him to suffer imminent, irreparable harm. *See Bimbo Bakeries USA, Inc. v. Botticella*, 613 F.3d 102, 109 (3d Cir. 2010). Counsel for Dr. Montag is directed to coordinate with the appropriate correctional institution to ensure Plaintiff's participation. The conference will be conducted via the Court's Zoom video conference system. Instructions for accessing the system will be emailed to counsel separately.

IT IS SO ORDERED.

DATED: March 16, 2022

RICHARD A. LANZILLO
UNITED STATES MAGISTRATE JUDGE